**NOT RECOMMENDED FOR FULL-TEXT PUBLICATION**
File Name: 06a0196n.06
Filed: March 24, 2006

**No. 04-2323**

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

| | | |
|---|---|---|
| STEPHEN LOVELY, | ) | |
| | ) | ON APPEAL FROM THE |
| Petitioner-Appellant, | ) | UNITED STATES DISTRICT |
| | ) | COURT FOR THE EASTERN |
| v. | ) | DISTRICT OF MICHIGAN |
| | ) | |
| ANDREW JACKSON, Warden, | ) | **O P I N I O N** |
| | ) | |
| Respondent-Appellee. | ) | |

**BEFORE:** **BATCHELDER, CLAY, and McKEAGUE, Circuit Judges.**

**McKeague, Circuit Judge.** Petitioner Stephen Lovely appeals the district court's order of September 13, 2004, denying his petition for a writ of habeas corpus, under 28 U.S.C. § 2254, on his claims that (1) his conviction was improperly based on an incriminating statement he made to the police as the product of his illegal arrest (2) there was insufficient evidence presented at trial to support his armed robbery and assault convictions and (3) his sentence was so disproportionate as to constitute cruel and unusual punishment. *See Lovely v. Jackson*, 337 F. Supp. 2d 969 (E.D. Mich. 2004) (opinion and order denying petition for writ of habeas corpus).

Following our extensive review of the record, all applicable law, and the parties' briefs, we conclude that the district court properly denied Lovely's petition for a writ of habeas corpus. Because issuing a full opinion would serve no jurisprudential purpose, we AFFIRM the district

court's order denying Lovely's petition for a writ of habeas corpus on the basis of the district court's

opinion and order of September 13, 2004.